# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145677(61)

_____

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RONALD LEE EARL,
        Defendant-Appellant.
_____/

SC: 145677
COA: 302945
Oakland CC: 2010-232176-FC

      On order of the Chief Justice, the motion by plaintiff-appellee to extend the time to file its brief and appendix is GRANTED. The brief and appendix filed on August 30, 2013, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 2, 2013


Clerk